**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o M.B., G.D., W.B. & E.S.,<br><br>Plaintiff(s),<br><br>v.<br><br>VALLEY NATIONAL BANCORP; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>Defendant(s), | CIVIL ACTION NO.: 2:13-cv-01416<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

It is hereby stipulated and agreed that all claims against Valley National Bancorp in the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Dated: May 24, 2013

So Ordered
this 30th day of May 2013

Susan D. Wigenton, U.S.D.J.